# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00232-CV

---

**Phillip G. Scott, Appellant**

**v.**

**Sergeant Haines, Appellee**

---

**FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION, CIVIL ACTION NO. SA-22-CV-327-OLG, HONORABLE ORLANDO L. GARCIA, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Phillip G. Scott, acting pro se, has filed a notice of appeal attempting to invoke this Court's jurisdiction over the order of a federal district court in San Antonio, Texas. This Court's civil appellate jurisdiction is limited to state "civil cases within its district of which the district courts or county courts have jurisdiction." *See* Tex. Gov't Code Ann. § 22.220. Because Scott's notice of appeal pertains to an order signed by a federal judge in a federal action, this Court does not have jurisdiction to consider the appeal. *See Quaak v. Isbel*, No. 03-11-00466-CV, 2011 WL 3373298, at *1 (Tex. App.—Austin Aug. 5, 2011, no pet.) (mem. op.). On May 19, 2022, the clerk of this Court sent notice to Scott asking him to explain how this Court could exercise jurisdiction in this matter, requesting that his response be filed by May 31, 2022, and warning that the failure to reply could result in the dismissal of this appeal. *See* Tex. R.

App. P. 42.3.  To date, Scott has not responded to this Court's notice.  For these reasons, we dismiss this appeal for want of jurisdiction.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   June 23, 2022